909

Assistant Attorney General, and *Stanford D. Herlick,* Deputy Attorney General, for respondent.

No. 431. AUSTRIAN ET AL., TRUSTEES, *v.* WILLIAMS ET AL. C. A. 2d Cir. Certiorari denied. *Carl J. Austrian, Saul J. Lance* and *Isadore H. Cohen* for petitioners. *Arthur H. Dean* and *Milton Pollack* for Williams, respondent. *Acting Solicitor General Stern* and *Roger S. Foster* filed a memorandum for the Securities & Exchange Commission, as *amicus curiae,* supporting the petition.

No. 436. HUMBLE OIL & REFINING CO. ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Hiram M. Dow* and *Nelson Jones* for the Humble Oil & Refining Co., *U. M. Rose* and *G. T. Hanners* for Moseley, petitioners. *Rex G. Baker* was also of counsel. *Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 441. TRADERS COMPRESS CO. *v.* TOBIN, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied. *John H. Todd* and *C. B. Cochran* for petitioner. *Solicitor General Cummings, William S. Tyson* and *Bessie Margolin* filed a memorandum stating that respondent does not oppose the granting of the petition for certiorari.

No. 248, Misc. BOOTH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 249, Misc. McCULLOUGH *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.